IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JERMAINE AUTRY,
    Plaintiff,

v.                                                                   Civil No. 3:20cv860(DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 24, 2020, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff. (ECF No. 2.) The Court instructed Plaintiff to complete and return the form within fourteen (14) days of the date of entry thereof if he wished to file a complaint at this time. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                    /s/
                                                     David J. Novak
                                                   United States District Judge

Richmond, Virginia
Dated: December 31, 2020